CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 0 4 2008

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:07CR0002-001 |
| Lynwood Gale Dandridge, Jr. ) | USM No: 12528-084 |
| ) | |
| Date of Previous Judgment: October 1, 2007 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____        Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The bottom of Defendant's guidelines range was already statutory minimum, which was unaffected by the Crack Cocaine Amendment.

Except as provided above, all provisions of the judgment dated __10/1/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/4/08

Effective Date: 3/3/08 3/4/08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title